

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| ES1, LLC, | Case No. 21-12109 |
| | ORDER DENYING CONFIRMATION |
| Debtor. | |

This matter came before the Court on the Debtor's Plan of Reorganization for Small Business Under Chapter 11 (ECF No. 33), amended by the plan filed at ECF No. 36 and further amended by the plan filed at ECF No. 43 (collectively, the "Plans"). The Court held a hearing on confirmation of the Plans on April 14, 2022, at which it made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby

ORDERED that confirmation of the Plans is DENIED.

/// END OF ORDER ///

Order - 1